DANA JONATHON NITZ
NEVADA BAR NO. 50
ERICH N. STORM
NEVADA BAR NO. 4480
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702.228.7717
Facsimile: 702.228.8824
Email: dnitz@selmanlaw.com
Email: estorm@selmanlaw.com

Attorneys for Defendant LYFT, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOANNIA COLAS-RODRIGUEZ, an individual; YUNAISY TORRES GARBEY; an individual; YANISLEY JIMENEZ-SANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., a foreign corporation; DOES I through X; and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00629-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |

The undersigned for Selman Breitman LLP hereby consents to the substitution as counsel of record for defendant Lyft, Inc. in the above entitled action in its place and stead.

DATED: April 26, 2021    SELMAN BREITMAN LLP


By: ___*/s/ Erich N. Storm*___
ERICH N. STORM
NEVADA BAR NO. 4480
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Attorneys for Defendant LYFT, INC.

1

The undersigned Lyft, Inc. hereby consents to the substitution of Reisman Sorokac as counsel of record in the place and stead of Selman Breitman, LLP as its counsel.

DATED: this 21 day of April 2021           LYFT, INC.

By: _____
Caitlin DiMaggio

The undersigned hereby consents to be substituted in as the counsel of record for defendant Lyft, Inc.

DATED: April 26, 2021           REISMAN SOROKAC

By: _____ NV Bar # 11983 for _____
JOSHUA H. REISMAN
NEVADA BAR NO. 7152
8965 S. Eastern Avenue, Suite 382
Las Vegas, NV 89123
Attorneys for Lyft, Inc.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 4-28-2021

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that on this 26th day of April 2021, a copy of **SUBSTITUTION OF ATTORNEYS** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

                                        */s/ Bonnie Kerkhoff Juarez*
                                        BONNIE KERKHOFF JUAREZ
                                        An Employee of Selman Breitman LLP

6007 60304 4825-9900-4890 .v1