Joshua Reisman, Esq.
Nevada Bar No. 007152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

Attorneys for Defendant Lyft, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANNIA COLAS-RODRIGUEZ, an individual; YUNAISY TORRES GARBEY; an individual; YANISLEY JIMENEZ-SANDERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>LYFT, INC., a foreign corporation; DOES I through X; and ROE Corporations I through X, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00629-JAD-VCF<br><br>(Corrected)<br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ECF No. 9 |

///
///
///
///
///
///
///

1

It is stipulated by and between Plaintiffs Yoannia Colas-Rodriguez, Yunaisy Torres Garbey, and Yanisley Jimenez-Sanderson, and Defendant Lyft, Inc., by and through undersigned counsel, that Plaintiffs' claims against Lyft are hereby dismissed without prejudice, each party to bear their own fees and costs.

Dated this 2nd day of November, 2021.                    Dated this 2nd day of November, 2021.

D.R. PATTI & ASSOCIATES                                  REISMAN SOROKAC


BY: /s/ Maria Loventime U. Estanislao,Esq.               BY: /s/ Louis E. Garfinkel, Esq.
    Maria Loventime U. Estanislao, Esq.                      Joshua Reisman, Esq.
    Nevada Bar No. 008059                                    Nevada Bar No. 007152
    720 S. Seventh St, Third Floor                           Louis E. Garfinkel, Esq.
    Las Vegas, NV 89101                                      Nevada Bar No. 3416
    Telephone: (702) 331-3391                                8965 S. Eastern Avenue, Suite 382
    Facsimile: (792) 385-9557                                Las Vegas, NV 89123
    Attorneys for Plaintiffs Yoannia Colas-                  Telephone: (702) 727-6258
    Rodriguez, Yunaisy Torres Garbey, and                    Facsimile: (702) 446-6756
    Yanisley Jimenez-Sanderson                               Attorneys for Lyft, Inc.


### ORDER

Based on the parties' stipulation **[ECF No. 9]**, which resolves all pending claims in this case, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 3, 2021